# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| LEE HALL, | ) |
|     Plaintiff, | ) No. 1:21-CV-4356 |
| | ) |
|     V. | ) Judge Gary Feinerman |
| | ) |
| DET. EVANGELIDES #20526, et al, | ) |
|     Defendant. | ) Magistrate Judge Susan E. Cox |

## JOINT STATUS REPORT

Pursuant to Judge Feinerman's Order of January 20, 2022 (ECF Dkt. No. 28), the parties submit the following status report, addressing the status of settlement discussions:

## SETTLEMENT

The parties participated in a settlement conference with Magistrate Judge Cox on January 19, 2022. Following the conference, the parties continued settlement discussions and reached an agreement on February 1, 2022. The parties are in the process of preparing, signing, and filing the necessary settlement agreement and stipulation of dismissal.

## STATUS HEARING OF FEBRUARY 8, 2022

The parties recommend postponing the status date of February 8,, 2022 to a date in March to track the status of a stipulation of dismissal and order of dismissal.

DATE: FEBRUARY 2, 2022

                                            Respectfully Submitted,

By: */s/ Jennifer K. Bagby*
Jennifer K. Bagby
One of Defendants' Attorneys

Jennifer K. Bagby, Chief Assistant Corporation Counsel
Jessica Griff, Assistant Corporation Counsel Supervisor
City of Chicago Department of Law
Federal Civil Rights Litigation Division
2 North LaSalle Suite 420
Chicago, IL 60602
(312)-742-6408
Jennifer.Bagby@CityofChicago.org
For Defendants

*/s/ Brian Orozco*
Brian Orozco
For Plaintiff Lee Hall

Brian Orozco
The Law Office of C.N. Norris, LLC
55 East Monroe, Suite 38
Chicago, IL 60603
(312)625-6129
brian@cnnorris.org